UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARVIN ROBERTSON, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1453 "G"(3)** |
| **BLANCHARD CONTRACTORS, INC.** | **JUDGE NANNETTE JOLIVETTE BROWN**<br>**MAGISTRATE KNOWLES** |

### O R D E R

CONSIDERING THE FOREGOING MOTION, it is hereby ordered that plaintiff's claims against Hilcorp Energy GOM, LLC, Greene's Energy Group LLC, and Flow Petroleum Inc, only, are hereby dismissed **without prejudice,** and with each party to bear its own cost; specifically reserving plaintiff's claims against all other defendants and reserving plaintiff's right to re-file a claim against the dismissed defendants at a later date.

New Orleans, LA, this ___28th___ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE