UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARVIN ROBERTSON, SR. | * | CIVIL ACTION NO.: 11-1453 |
| | * | |
| VERSUS | * | SECTION: "N" |
| | * | |
| BLANCHARD CONTRACTORS, INC., | * | MAGISTRATE (3) |
| GREEN'S ENERGY GROUP, L.L.C., | * | |
| INSTRUMENTATION & ELECTRICAL | * | |
| TECHNOLOGIES, L.L.C., FLOW | * | |
| PETROLEUM SERVICES, INC., HILCORP | * | |
| ENERGY GOM, L.L.C., ONE BEACON | * | |
| INSURANCE COMPANY | * | |

### ORDER OF DISMISSAL

IT IS ORDERED that the Complaint, all Supplemental Complaints and Interventions, herein be, and the same is hereby dismissed, with prejudice, as of compromise, with each party bearing its own costs.

New Orleans, Louisiana, this  5th   day of April, 2013.

*Nannette Jolivette Brown*
JUDGE